# United States District Court

### WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Mr. Franklin Littel
C/O Mike Donohoe, Esquire
50 South Meridian, Suite 505
Indianapolis, IN 46204
317/639-1362

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:05 CR 290-MU

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **Place** United States Federal Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | **Room** Magistrate Court |
| **Before:** UNITED STATES MAGISTRATE JUDGE | **Date and Time** 8/22/05 @ 10:45 am |

**NOTE:** CONTACT THE U. S. PROBATION PRE-TRIAL OFFICE (704/350-7671) **IMMEDIATELY** UPON SERVICE OF THIS SUMMONS.

To answer a(n)

[ X ] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Violation Notice

Charging you with Title __18__ United States Code, Section(s) __2319, 371__
and Title __17__ United States Code, Section __506__ .

Brief description of offense

**knowingly and voluntarily combine, conspire, confederate and agree with others to infringe a copyright by the reproduction and distribution, of copyrighted works which have a total retail value of more than $2,500 .**

_Michelle Andert_                                     7/28/05         AT CHARLOTTE, NC
Signature of Issuing Officer                           Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer