# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:05CR290-MU |
| | ) | |
| FRANKLIN EDWARD LITTELL | ) | |

## CONSENT TO TRANSFER OF CASE FOR
## PLEA AND SENTENCE
### (Under Rule 20)

I, Franklin Edward Littell, defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Indiana in which I reside and to waive venue and trial in the above captioned District.

_8/5/05_
Date

_Franklin E. Littell_
Franklin Edward Littell (Defendant)

_Franklin E. Littell / MaryAnn Tellmann_
(Witness)

_Michael J. Donohoe_
Michael J. Donohoe (Counsel for Defendant)

APPROVED

_Gretchen C.F. Shappert_
GRETCHEN C.F. SHAPPERT
United States Attorney for the
Western District of North Carolina

_Susan W. Brooks_
SUSAN W. BROOKS
United States Attorney for the
Southern District of Indiana